**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                                                                         Civil No. 1:22cv267-HSO
                                                                                                                            Criminal No. 1:19cr129-HSO-JCG-1

**BRUCE LAMAR COLEMAN**

**CERTIFICATE OF APPEALABILITY**

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue in this case. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: January 23, 2023                                                   *s/ Halil Suleyman Ozerden*
                                                                                             HALIL SULEYMAN OZERDEN
                                                                                             UNITED STATES DISTRICT JUDGE